**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **LAUREN K. CHARBONNEAU,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No: 1:16-cv-01493-LMB-JFA |
| ) | |
| v. ) | |
| ) | |
| **LT PROPCO LLC,** ) | |
| **A Delaware Limited Liability Company,** ) | |
| **et. al,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the parties to this action reached an agreement regarding all disputed issues in the case, including attorneys' fees and expenses, as evidenced by the Agreed Order of Dismissal endorsed by all parties and attached to this Notice as Exhibit A.

                                            **Lauren K. Charbonneau**

By:    */s/ Deborah C. Waters*
          Deborah C. Waters, Esquire
          Virginia State Bar # 28913
          dwaters@waterslawva.com
          Waters Law Firm, P.C.
          Town Point Center Building, Suite 600
          150 Boush Street
          Norfolk, VA 23510
          Telephone: (757) 446-1434
          Facsimile: (757) 446-1438

          *Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2017, I filed the foregoing document via the Court's CM/ECF system, which will make electronic service on all counsel of record, including the following:

David G. Barger, Esquire
Virginia State Bar # 21652
bargerd@gtlaw.com
Michelle D. Gambino, Esquire
Virginia State Bar # 70708
gambinom@gtlaw.com
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301

*Counsel for Defendant
And Third Party Plaintiff*

*/s/ Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar # 28913
dwaters@waterslawva.com
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438

*Counsel for Plaintiff*